No. 140. WILLNER v. COMMITTEE ON CHARACTER AND FITNESS, APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT. Certiorari, 370 U. S. 934, to the Court of Appeals of New York. The motion of the respondent to dismiss the writ of certiorari is denied. *Louis J. Lefkowitz,* Attorney General of New York, on the motion. *Henry Waldman* for petitioner, in opposition.

No. 398. TENNESSEE v. MYERS ET AL. On petition for writ of certiorari to the Supreme Court of Tennessee. The motion of the Attorney General of Tennessee to dismiss the petition for writ of certiorari is granted. *G. Edward Friar* and *William A. Reynolds* on the petition. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, on the motion to dismiss the petition.

No. 392. HEAD, DOING BUSINESS AS LEA COUNTY PUBLISHING CO., ET AL. v. NEW MEXICO BOARD OF EXAMINERS IN OPTOMETRY. Appeal from the Supreme Court of New Mexico. Probable jurisdiction noted. In addition to the questions listed in the jurisdictional statement, the parties are requested to address themselves to the issue of possible federal preemption by reason of the Federal Communications Act. The Solicitor General is also invited to express the views of the Federal Communications Commission on this issue. *Carol J. Head* for appellants.